1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Fax: (415) 436-7234
   Email:    Acadia.Senese@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 09-0443 JL
                                        )
15         Plaintiff,                   )
                                        )    MOTION AND [PROPOSED] ORDER
16  v.                                  )    TO DISMISS INFORMATION
                                        )
17  GUILLERMO BETANCOURT                )
    BARRAGAN,                           )
18                                      )
           Defendant.                   )
19  _____ )

20        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21  United States Attorney for the Northern District of California moves to dismiss the above

22  Information with prejudice as to defendant Guillermo Betancourt Barragan. The government has

23  //

24  //

25  //

26  //

27  //

28

   Motion and [Proposed] Order to Dismiss Information
   CR 09-0443 JL

1 │ been informed by United States Pretrial Services that the defendant Guillermo Betancourt

2 │ Barragan has successfully completed pretrial diversion.

3

4 │                                    Respectfully submitted,

5

6 │                                    JOSEPH P. RUSSONIELLO
   │                                    United States Attorney

7

8 │                                                /s/
   │ Dated: _____ 7/23/2010 _____
9 │                                    ACADIA L. SENESE
   │                                    Special Assistant United States Attorney
10

11

12 │ The Court hereby grants leave to dismiss the above Information with prejudice.

13

14

15

16 │ Dated: 7-27-10
   │                                    THE HON. JAMES LARSON
17 │                                    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

   │ Motion and [Proposed] Order to Dismiss Information
   │ CR 09-0443 JL                              2